TO: The criminal court appeal
TO: Clerk Abel Acosta

12-13-2015
50,053-08

W10-24557-J (B)

(my address)
FROM: ORVIS WAYNE PORTER
#0151565
JACK HARWELL JAIL
3101 E. MARLIN HWY
WACO, TEXAS 76705

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

I would like to know if the Judge Rule in my 11.07 iN CASe W10-24557-J (B) could you please send me a notice please, thank you God Bless! and merry CHRISTMAS - and HAPPY NEW YEAR!

thank you !